# United States Court of Appeals
## For the First Circuit

No. 20-1595

ATLAS GLASS & MIRROR, INC.,

Plaintiff, Appellant,

v.

TRI-NORTH BUILDERS, INC.,

Defendant, Appellee.

**ERRATA SHEET**

The judgment of this Court issued on May 12, 2021, is amended as follows:

On page 14, line 4, replace the word "they" with "it".